FORM CACB (od13vdr VAN–154)
Rev.(03/09)

# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF CHAPTER 13 [11 U.S.C. § 1307(b)]

**DEBTOR INFORMATION:**
Angelo E Hatzakis

**BANKRUPTCY NO.** 2:15–bk–14796–SK

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):   xxx–xx–0064
Employer Tax–Identification (EIN) No(s).(if any):   N/A
**Debtor Dismissal Date:** 4/29/15

**Address:**
15302 Atkinson Avenue
Gardena, CA 90249

Based on debtor's request, IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and
(2)   the court retains jurisdiction on all issues arising under 11 U.S.C. §§ 110, 329 and 362.

Dated: April 29, 2015

BY THE COURT,
**Sandra R. Klein**
United States Bankruptcy Judge

(Form od13vd VAN–154) Rev. 03/09

**9 / SC**